■ HEATHER A. FOLEY, Respondent, v J. GARTH FOLEY, Appellant. [997 NYS2d 320]—

In an action for a divorce and ancillary relief, the defendant appeals from an order of the Supreme Court, Suffolk County (Santorelli, J.), dated November 19, 2013, which granted the plaintiff's motion to disqualify the defendant's attorney from representing the defendant in this action.

Ordered that the order is affirmed, with costs.

The plaintiff met her burden of showing that counsel for the defendant and his law firm should be disqualified on the ground of a conflict of interest (*see* Rules of Professional Conduct [22 NYCRR 1200.0] rules 1.7, 7.5; *Greene v Greene*, 47 NY2d 447, 452 [1979]; *Faustini v Palladino*, 280 AD2d 291, 293-294 [2001]), and because the defendant's counsel is needed to testify as a witness in this action (*see Fernandes v Jamron*, 9 AD3d 379, 380 [2004]; *Elizabeth St. v 217 Elizabeth St. Corp.*, 301 AD2d 481, 482 [2003]; *Wensley & Partners v Polimeni*, 262 AD2d 311, 311-312 [1999]). Accordingly, the Supreme Court providently exercised its discretion in granting the plaintiff's motion to disqualify the defendant's attorney from representing the defendant in this action (*see Fernandes v Jamron*, 9 AD3d at 380; *Wensley & Partners v Polimeni*, 262 AD2d at 311-312; *North Shore Neurosurgical Group v Leivy*, 72 AD2d 598, 599 [1979]). Rivera, J.P., Roman, Duffy and Barros, JJ., concur.